IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES G. HOLMES,
    Plaintiff,

vs.                             Case No.: 3:15cv557/RV/EMT

LAW LIBRARIAN STRAIN, et al.,
    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated March 2, 2016 (ECF No. 12). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determined of the timely filed objections (ECF No. 21).

Having considered the Report and Recommendation, and the timely filed objections) I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     Plaintiff's Motion for Transfer (ECF No. 11) is **DENIED without prejudice**.

**DONE AND ORDERED** this 14th day of April, 2016.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**