IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES G. HOLMES,
      Plaintiff,

vs.                                      Case No.: 3:15cv557/RV/EMT

LAW LIBRARIAN STRAIN, et al.,
      Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the chief magistrate judge's Amended Report and Recommendation dated August 1, 2016 (ECF No. 31).  Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 38), I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Plaintiff's First Amendment claims against Defendants regarding denial

of access to the courts is **DISMISSED with prejudice** for failure to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3.      Plaintiff's remaining constitutional claims are **DISMISSED without prejudice** as improperly joined and for failure to exhaust administrative remedies.

4.      Plaintiff's motion for injunctive relief (ECF No. 30) is **DENIED as moot**.

5.      The clerk is directed to enter judgment accordingly and close the file.

.       **DONE AND ORDERED** this 30th day of August, 2016.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**